# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2019

## NO. 03-18-00118-CV

**Eric Jonjak, Appellant**

**v.**

**Kathye Marlene Griffith, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on December 1, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment and qualified domestic relations order (QDRO). We modify the trial court's judgment so that paragraph R-5 reads as follows: A portion of Eric Jonjak's retirement benefits in Bog Farm Profit Sharing 401k Acct. No. 803508-00000 arising out of ERIC JONJAK'S employment with Bog Farm as of June 1, 2017, that portion being $962,000. We modify paragraph 2 of the QDRO to delete the sentence that reads: [Griffith's] interest in the Plan shall be adjusted for investment earnings and losses allocable thereto in accordance with

the terms of the Plan thereafter. The Court affirms the judgment as modified. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.